# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., Suite 1030<br>Washington, DC 20006-2606,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>1400 Independence Ave., S.W.<br>Washington, DC 20250,<br><br>　　　Defendant. | Civil Action No. 23-1036 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, the Center for Public Integrity, brings this action for declaratory and injunctive relief, alleging as follows:

### Nature of the Action

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the production of certain agency records related to loan programs administered by the U.S. Department of Agriculture's Farm Service Agency.

### Jurisdiction and Venue

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**Parties**

4. Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. Public Integrity's mission is "to counter the corrosive effects of inequality by holding powerful interests accountable and equipping the public with knowledge to drive change." "About Us," https://publicintegrity.org/about/. Plaintiff is the requester of the withheld records.

5. Defendant, U.S. Department of Agriculture ("USDA"), is an agency of the United States. Defendant has possession of and control over the records that Plaintiff seeks.

**Plaintiff's April 2022 Freedom of Information Request**

6. On April 7, 2022, Plaintiff requested from Defendant USDA:

A database or other similar electronic copy of the following Farm Service Agency datasets:
- Risk Assessment
- Electronic Debt and Loan Restructuring System (eDALR$)
- National Appraisal Tracking System – FCAO
- County Office Committee Elections System
- State Office Reporting System (SORS)

Defendant assigned this request tracking number 2022-FSA-03084-F.

7. Defendant has not issued a determination on this request.

8. More than twenty working days have passed since Plaintiff submitted this request. Plaintiff has therefore exhausted all applicable administrative remedies.

9. Plaintiff has a statutory right to the withheld records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

**Plaintiff's August 2022 Freedom of Information Request**

10. On August 22, 2022, Plaintiff requested from Defendant USDA records updating the agency's responses to previous FOIA requests 2021-FSA-04017-F and 2022-FSA-01304-F,

with records through when the request would be processed. Defendant assigned this request tracking number 2022-FSA-05228-F.

11.     On December 2, 2022, Defendant provided a final response to this request. Defendant withheld certain records or parts of records similar in character to data released in response to previous requests.

12.     On March 2, 2023, Plaintiff submitted an appeal of Defendant's determination.

13.     More than twenty working days have passed since Plaintiff submitted its appeal with no response from Defendant. Plaintiff has therefore exhausted all applicable administrative remedies.

14.     Plaintiff has a statutory right to the withheld records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

## **Demand for Relief**

WHEREFORE, Plaintiff requests that this Court:

1.     Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

2.     Order Defendant to make the requested records available to Plaintiff;

3.     Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4.     Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

 /S/ Peter Newbatt Smith
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., Suite 1030
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff