UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER OF PUBLIC INTEGRITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 23-1036 |

## ANSWER

Defendant, U.S. Department of Agriculture ("Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiff' Complaint filed on April 13, 2023. All allegations not specifically admitted are denied.

### NATURE OF THE ACTION[1]

1. This paragraph consists of Plaintiff's characterization of this action, which does not require a response. To the extent a response is required, Defendant respectfully refers the Court to the FOIA statute for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

### JURISDICTION AND VENUE

2. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendant admits that the Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

---

[1] For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

3. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this judicial district.

## PARTIES

4. Admitted that Plaintiff is the requester of the withheld records reference in Plaintiff's Complaint. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

5. Defendant admits that it is an agency of the United States. The remaining allegations in this paragraph consist of conclusions of law to which no response is required.

### Plaintiff's April 2022 Freedom of Information Request

6. Defendant admits that Plaintiff sent a FOIA request to Defendant dated April 7, 2022. The remaining allegations in this paragraph pertain to Plaintiff's FOIA request, which speaks for itself. To the extent a response is required, Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

7. Defendant denies the allegation of this paragraph. Defendant issued a determination on Plaintiff's FOIA request dated April 7, 2022 on May 12, 2023.

8. Defendant admits the allegations in this paragraph.

9. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations of this paragraph.

### Plaintiff's August 2022 Freedom of Information Request

10. Defendant admits that Plaintiff sent a FOIA request to Defendant dated August 22, 2022. The remaining allegations in this paragraph pertain to Plaintiff's FOIA request, which speaks for itself. To the extent a response is required, Defendant respectfully refers the Court to

Plaintiff's FOIA request for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

11. Admitted.

12. Admitted.

13. Admitted.

14. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations of this paragraph.

## Demand for Relief

The allegations (1) through (4) following the "Wherefore" clause of Plaintiff's Complaint constitute Plaintiff's request for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## Second Defense

Plaintiff is not entitled to compel the release of records exempt from disclosure under FOIA. *See* 5 U.S.C. § 552(b).

## Third Defense

Plaintiff is not entitled to attorney's fees or costs.

Dated: May 15, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       /s/ *Fithawi Berhane*
Fithawi Berhane
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*